UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-23385-JB/Reid

IN THE MATTER OF THE:

COMPLAINT OF FISHER ISLAND
COMMUNITY ASSOCIATION, INC., AS
OWNER OF THE M/V PELICAN II, Official
Number 1296903,

    Petitioner.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on United States Magistrate Judge Lisette M. Reid's Report and Recommendation ("Report") on Petitioner's Renewed Motion for Final Default Judgment (the "Motion"), ECF No. [24]. In the Report, Judge Reid recommends that the Court grant the Motion and "enter Final Default Judgment as to those persons and entities who did not file a timely claim or answer." ECF No. [49]. No objections to the Report have been filed, and the time to do so has passed. After careful consideration of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

    1. The Report, ECF No. [49], is **AFFIRMED** and **ADOPTED**.

    2. Petitioner's Renewed Motion for Final Default Judgment, ECF No. [24], is **GRANTED**. The Court will enter Final Default Judgment by separate order.

**DONE AND ORDERED** in Miami, Florida, this 7th day of November, 2024.

                                                                                         _____
                                                                                         JACQUELINE BECERRA
                                                                                         UNITED STATES DISTRICT JUDGE