**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 23-cv-23385-JB/Reid**

IN THE MATTER OF THE:

COMPLAINT OF FISHER ISLAND
COMMUNITY ASSOCIATION, INC., AS
OWNER OF THE M/V PELICAN II, Official
Number 1296903,

    Petitioner.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

  **THIS CAUSE** is before the Court on United States Magistrate Judge Lisette
M. Reid's Report and Recommendation ("Report") on Petitioner Fisher Island
Community Association, Inc.'s Motions to Dismiss (the "Motions"), ECF Nos. [25],
[33]. In the Report, Judge Reid recommends that the Court deny the Motions as moot.
ECF No. [50]. No objections to the Report have been filed, and the time to do so has
passed. After careful consideration of the Report, the Motion, the record, and the
applicable law, it is **ORDERED AND ADJUDGED** as follows:

  1. The Report, ECF No. [50], is **AFFIRMED** and **ADOPTED**.

  2. Petitioner Fisher Island Community Association, Inc.'s Motions to
Dismiss, ECF Nos. [25], [33], are **DENIED AS MOOT**.

  **DONE AND ORDERED** in Miami, Florida, this 7th day of November, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**